IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DARIUS LEWIS, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| V. | * | CASE NO.: 1:24−CV−01199 |
| | * | |
| KAY COX FAMILY TRUST, | * | |
| | * | |
| DEFENDANT. | * | |

_____

NOTICE OF SETTLEMENT
_____

COME NOW, the Parties, by and through undersigned counsel of record, and hereby give notice that the Parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing the approved settlement documents, the Parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 5th day of November, 2024.

RESPECTFULLY SUBMITTED,

*s/ Rebecca. Hutto*
Rebecca Hutto #039252
WAMPLER, CARROLL, WILSON
AND SANDERSON, PLLC
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
rebecca@wcwslaw.com
***Attorney for Plaintiff***

*s/ John D. Willett*
John D. Willett

1

1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
901-521-4606
 jwillet@evanspetree.com
***Counsel for Defendant***

2