UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**DARIUS LEWIS,**                                       **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

 **vs.**

**KAY COX FAMILY TRUST.**                               **CASE NO: 24-1199-STA-jay**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION of Dismissal** entered on November 21, 2024, this cause is hereby DISMISSED with prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 11/21/2024**

    **Wendy R. Oliver**
    **Clerk of Court**

     **s/Maurice B. BRYSON**

    **(By)  Deputy Clerk**